UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60143-Cr-Moreno/Seltzer

UNITED STATES OF AMERICA

v.

DUSTIN ALLEN HUGHES,
         Defendant
_____/

## GOVERNMENT'S FACTUAL BASIS IN SUPPORT OF ENTRY OF GUILTY PLEA

Pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, the United States submits the following factual basis in support of the entry of a guilty plea by defendant, Dustin Allen Hughes (hereinafter referred to as the "defendant") to Count 3 of the indictment. Count 3 charges the defendant with obstruction of persons in the free exercise of religious beliefs through the threatened use of a dangerous weapon and explosive, in violation of 18 U.S.C. § 247(a)(2) and (d)(3).

Because the factual basis set forth below serves the limited purpose of supporting the defendant's guilty plea in this case, it is merely a summary and does not purport to represent all facts and circumstances relating to defendant's participation in this offense.

Through his signature on the last page of this document, the defendant confirms that he has read the factual basis or has had it read to him. The defendant similarly confirms that he

**U.S. v. Dustin Allen Hughes**
**Factual Basis – Page 1**
**June 27, 2018**

Assistant United States Attorney _MO_
Attorney for Defendant _OC_
Defendant _DoH_

has discussed the factual basis with counsel and that the factual basis is true and correct to the best of the defendant's knowledge.

1. The Jamaet Ul Muttaqeen Mosque (hereinafter "the Mosque") is a Mosque located in Pembroke Pines, Florida. At the times relevant to this case, the greeting on the Mosque's voicemail provided a second phone number as an alternate emergency contact number.

2. On Saturday, May 5, 2018, at approximately 4:06 pm, a male individual left a message on the voicemail for the Mosque's alternate emergency contact number. The message was in an aggressive and highly threatening tone of voice. This message is the message referenced in Count 3 of the indictment. The message stated the following:

> "You fucking Muslim piece of shit. I've planted a bomb in your temple. I'm going to blow your fucking temple up, you fucking Muslim piece of shit. Where you guys have your sanctuary and worship Allah, I'm going to blow that motherfucker up. I have a detonator; I'm going to cause that motherfucker to go off. You guys are all going to be up in flames after I'm done with you. You guys want to come here and cause mayhem to America, I'm going to cause mayhem to your religion, because your religion is nothing but lies, lies, lies, lies from the devil. Where's Allah now?"

**U.S. v. Dustin Allen Hughes**
**Factual Basis – Page 2**
June 27, 2018

Assistant United States Attorney _MD_
Attorney for Defendant _OC_
Defendant _D.H._

3. Although the caller did not identify himself, the receiving phone identified the number from which the call originated as 786-803-0865. Records produced on May 13, 2018, by T-Mobile, U.S.A., establish that the defendant was the listed subscriber to this phone number from November 30, 2017, through May 13, 2018, thus including the date of the call of May 5, 2018, referenced above, as well as the other three calls referenced later in this factual basis.

4. After retrieving the threating voicemail message, an official of the Mosque immediately contacted Pembroke Pines Police Department (PPPD), which subsequently responded to the Mosque and conducted an exterior and interior sweep for explosives. No presence of explosives were uncovered by PPPD at or in vicinity of the Mosque.

5. A review of the Mosque's voicemail revealed three additional threatening messages. These messages are referenced below, respectively, as "Message 1," "Message 2," and "Message 4." "Message 1" was left on May 2, 2018, at approximately 12:01 am. "Message 2" was left on May 2, 2018, at approximately 12:02 am. "Message 4" was left on May 5, 2018, at approximately 4:08 pm, which is approximately two minutes after the above-referenced call to the Mosque's alternate emergency contact number.

6. All three messages originated from 786-803-0865, which once again was the number for which the defendant was the listed subscriber at the times of these calls. The caller who left these three messages had the same voice as the caller who left the message on the Mosque's alternate emergency contact number on May 5, 2018.

7. "Message 1" stated the following:

**U.S. v. Dustin Allen Hughes**  
Factual Basis – Page 3  
June 27, 2018

Assistant United States Attorney _MO_  
Attorney for Defendant  
Defendant

"I'm gonna blow up your fucking temple, because you guys are a bunch of fucking lying, murdering, pieces of hypocrite shit that just wanna cause mayhem to Americans, you fucking pieces of shit, I have a fucking bomb strapped in there right now, mother fuckers. What the fuck are you gonna do, you towel head fuck?"

8. "Message 2" stated the following:

"Yeah, this is me again. I have the fucking bomb detonator in there right now, and I'm gonna set it off pretty fucking soon, because I am so fed up with you Muslims coming here causing mayhem to Americans, so I am gonna give you a taste of what you give to us. I am going to cause you guys to be screaming Allah, Allah, Allah, Allah, except Allah won't save your fucking towel head ass, bitch."

9. "Message 4" stated the following:

"Listen you fucking Muslim piece of shit. I'm gonna blow up your fucking temple, I have a bomb planted in it right now. You guys are all gonna to go up in flames for being a bunch of lying pieces of shit causing mayhem to America. I'm gonna get revenge on all of you pieces of shit."

U.S. v. Dustin Allen Hughes
Factual Basis – Page 4
June 27, 2018

Assistant United States Attorney MJ
Attorney for Defendant OC
Defendant D.H.

10. As a result of the threatening messages, the Mosque hired private security for the holy month of Ramadan, which started approximately a week and one-half after the last of the threatening messages.

11. On May 15, 2018, at approximately noon time, agents arrested the defendant at his residence in Miami-Dade County. While at the residence, agents read the defendant his <u>Miranda</u> rights and presented the defendant with a written <u>Miranda</u> waiver form. After being presented with the form, the defendant read the form and waived his <u>Miranda</u> rights in writing.

12. After placing the defendant under arrest, agents transported him to the FBI's field office in Miramar, Florida, for booking and questioning. Following his arrival at the FBI field office, the defendant was taken to an interview room. Agents re-presented the written <u>Miranda</u> waiver form to the defendant. In response, the defendant reconfirmed his earlier acknowledgment of his <u>Miranda</u> rights and his waiver of those rights.

13. During the interview, agents played for the defendant the above-referenced voicemail message left on the Mosque's alternate emergency contact number on May 5, 2018, which once again is the message charged in Count 3 of the indictment. The defendant initially denied being the person who left the voicemail message. However, the defendant eventually admitted leaving that voicemail message, as well leaving other threatening voicemail messages with the Mosque. The defendant stated that his intent in making the threats was to "cause a big scare" and "get a reaction." When advised, in substance, that the calls caused the members of the Mosque to become scared, the defendant clapped and said, "good."

**U.S. v. Dustin Allen Hughes**  
Factual Basis – Page 5  
June 27, 2018

Assistant United States Attorney  
Attorney for Defendant  
Defendant

14. Because the defendant used a telephone to leave the voicemail messages referenced above, and because a telephone is an instrumentality of interstate commerce, the defendant's commission of Count 3 affected interstate commerce for purposes of 18 U.S.C. § 247(a)(2).

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 6/28/2018

MICHAEL DAVIS
ASSISTANT UNITED STATES ATTORNEY

Date: 6/28/18

DANIEL ECARIUS
ASSISTANT FEDERAL PUBLIC DEFENDER
ATTORNEY FOR THE DEFENDANT

Date: 6-28-18

DUSTIN ALLEN HUGHES
DEFENDANT

U.S. v. Dustin Allen Hughes
Factual Basis – Page 6
June 27, 2018

Assistant United States Attorney MD
Attorney for Defendant
Defendant D.H.