# MINUTE ORDER

Page 6

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor        Date: 8/22/2022   Time: 1:30 p.m.

Defendant: DUSTIN ALLEN HUGHES        J#: 18626-104   Case #: 18-60143-CR-MORENO

AUSA: Michael Brenner        Attorney: Afpd Srilekah Jayanthi

Violation: SUPERVISED RELEASE VIOLATION        Surr/Arrest Date: 8/22/2022   YOB: 1992

Proceeding: Initial Appearance        CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at:        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant sworn + advised rights & charges
Defendant consents to VTC

Afpd appointed

All further proceedings before Judge Moreno

Brady Order given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 13:42:27 / 15:07:07        Time in Court: 12 mins

s/Melissa Damian        Magistrate Judge