UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60143-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

DUSTIN ALLEN HUGHES,

    Defendant.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **SET** for a

**SUPERVISED RELEASE VIOLATION HEARING**

**WEDNESDAY, SEPTEMBER 28, 2022 at 9:45 a.m.**

before the Honorable **FEDERICO A. MORENO**, United States District Judge, in Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

Dated: 09/22/2022

                                       **ANGELA NOBLE**
                                       CLERK OF COURT

cc:

AUSA:
All counsel of record

                                       By: _____
                                              SHIRLEY CHRISTIE
                                              Courtroom Deputy