# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No.  18-60143-CR-MORENO          Date:  October 12, 2022

Clerk:  **Shirley Christie**               Reporter:  **Gilda Pastor-Hernandez**

USPO:  Mailin Perez/Raymond Gravie     Interpreter:  N/A

**UNITED STATES OF AMERICA vs.**  DUSTIN ALLEN HUGHES

AUSA:  Michael Davis

Defendant(s) Counsel:  Srilekha Jayanthi, AFPD and Hector Dopico, AFPD

**Defendant(s):**   Present  xxx        Not Present_____    In Custody____

Reason for hearing:  **Supervised Release Violation Hearing**

Result of hearing:  Defendant admitted guilt to all violations of the Petition and the Court accepted admission.  Supervised Release is REVOKED.  Defendant is sentenced to 60 days imprisonment followed by 34 months supervised release.  All previous conditions of supervised release will remain the same including In-Patient drug/alcohol Treatment Program at Amethyst.

MISC:_____

TIME:  39 minutes