UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60143-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DUSTIN ALLEN HUGHES,
Reg. #18626-104

        Defendant.     /

**AMENDED
JUDGMENT & COMMITMENT UPON
VIOLATION OF SUPERVISED RELEASE**

On October 12, 2022, the defendant, Dustin Allen Hughes, appeared before the Court for a Supervised Release Violation Hearing. The defendant admitted guilt to all Violations of the Petition and the Court accepted said admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby **REVOKED.** Pursuant to the Sentencing Reform Act of 1984, it is

**ORDERED and ADUUGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **60 DAYS (credit for time served)** followed by 34 months Supervised Release.

In addition, the defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment, which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals, to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer, to have

installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

All other previous conditions of supervised release will remain the same, including In-Patient Drug/Alcohol Treatment Program at Amethyst.

Done and Ordered in Open Court at Miami, Dade County, Florida this 12th day of October 2022 and signed this 25 day of October 2022.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
USPO Mailin Perez