# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __18-60143-CR-MORENO__　　　Date: __August 8, 2023__

Clerk: __**Shirley Christie**__　　　Reporter: __**Gilda Pastor-Hernandez**__

USPO: __Jennifer Darden__　　　Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __DUSTIN ALLEN HUGHES__

AUSA: __Robert Senior__

Defendant(s) Counsel: __John Wylie, Esq.__

**Defendant(s):**　　Present __xxx__　　　Not Present ____　　　In Custody ____

Reason for hearing: __**Supervised Release Violation Hearing**__

Result of hearing: __The Defendant admitted guilt to all Violations of the petition and the Court accepted said admission. Supervised Release is REVOKED. Defendant is committed to the custody of the United States Bureau of Prison to be imprisoned for a period of 10 DAYS. No further supervision to follow.__

MISC:____

TIME: 15 minutes