UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-60143-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

DUSTIN ALLEN HUGHES,
Reg. #18626-104
    Defendant.    /

**JUDGMENT & COMMITMENT UPON
VIOLATION OF SUPERVISED RELEASE**

On August 8, 2023, the defendant, Dustin Allen Hughes, appeared before the Court for a Supervised Release Violation Hearing. The defendant admitted guilt to all violations of the Petition and the Court accepted said admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby ***REVOKED.*** Pursuant to the Sentencing Reform Act of 1984, it is

**ORDERED and ADUUGED** that the defendant is hereby committed to the custody of the United States Bureau of Prison to be **imprisoned** for a period of **10 DAYS**.

**NO FURTHER SUPERVISION TO FOLLOW.**

DONE and ORDERED in Open Court at Miami, Dade County, Florida this 8th day of August 2023 and signed this ___ day of August 2023.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
USPO Jennifer Darden